IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **Mark Laun,**<br><br>　　　　Petitioner,<br><br>　　v.<br><br>**Orange/L.A. County Sheriff, Orange County Superior Court**<br><br>　　　　Respondents. | Case No. 8:18-cv-02226-JVS-KES<br><br>Appellate No. G057123<br>CA Supreme Court No. S259197<br><br>Superior Court Nos.:<br>Orange County 16HF0902 |

**STATUS REPORT AND MOTION TO ALTER THE UPDATE REQUIREMENTS**

**Status Report:**

My California Supreme Court case still has the status of " holding for lead case" (PEOPLE v. AGUAYO Case Number S254554).

**Motion to Alter the Update Requirements:**

It was order in the "CIVIL MINUTES – GENERAL" (filed 11/11/2019) to give a status update ever 60 days.

**STATUS REPORT AND MOTION TO ALTER THE UPDATE REQUIREMENTS** Page **1** of **3**

I would like to change the status update requirement to report back to the court **within 60 days of the final disposition of the California Supreme Court case No. S259197.** There is nothing else for the court to know before that time, and this would allow me to focus on finding employment and not worrying about forfeiting my case for missing a deadline. I am hoping to get work as a long-distance truck driver; the nature of the work may put me in a position where I am away from my computer and a person to serve the papers etc.

I have suffered terrible psychological impairment as a result of this injustice that I am asking relief for, it impairs my focus and memory; putting me at risk for missing a filing date for updates.

However, as soon as this CA Supreme court case is concluded, I will be very quick to file an update.

I do hereby swear under penalty of perjury that statements I have made herein are truthful to the best of my knowledge.

Respectfully submitted,
**/s/ Mark Laun**
Petitioner
March 01, 2021

        Mark Laun

        31 Galaxy Lane

        Richland, WA 99354

        Telephone (cell):714-721-2701

        Email: mark@laun.us

        In Pro Per

**STATUS REPORT AND MOTION TO ALTER THE UPDATE REQUIREMENTS** Page **2** of **3**

# CERTIFICATE OF SERVICE

Case Name: **Laun v. Orange County Sheriff**  No. **EDCV 18-02226 JVS (KES)**

I hereby certify that on March 1, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATUS REPORT AND MOTION TO ALTER THE UPDATE REQUIREMENTS**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the States of California and Washington the foregoing is true and correct and that this declaration was executed on March 1, 2021, at San Diego, California.

<u>/s/ Mark Laun</u>

Mark Laun
In Pro Per
Declarant/Petitioner