# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18-cv-02226-JVS-KES                                                          Date: March 2, 2021

Title:  MARK OWEN LAUN v. ORANGE COUNTY SHERIFF, et al.

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| <u>Jazmin Dorado</u> | <u>Not Present</u> |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **Order Granting Petitioner's Motion to Alter Update Requirements (Dkt. 28)**

     Petitioner's Motion to Alter Prior Order re schedule for providing status reports to the Court during the stay (Dkt. 28) is GRANTED.  Petitioner's next status report will be due within 60 days of the final disposition of the California Supreme Court case No. S259197.

Initials of Deputy Clerk <u>JD</u>