# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18-cv-02226-JVS-KES            Date: July 14, 2022

Title: MARK OWEN LAUN v. ORANGE COUNTY SHERIFF, et al.

---

PRESENT:

<u>THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE</u>

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENTS: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):**     Notice of Communications with Petitioner

The attached electronic communications occurred between Court chambers staff and Petitioner on July 1 and 6, 2022.

Initials of Deputy Clerk <u>JD</u>

## Deirdre Cozine

**From:** KESChambers
**Sent:** Wednesday, July 6, 2022 3:20 PM
**To:** Mark Laun
**Subject:** RE: Case No. EDCV 18-02226 JVS (KES) 60 day update schedual

Good afternoon, Mr. Laun.

Unfortunately, we don't have any information about the pending case in the California Supreme Court, other than what's publicly available online. This federal court, the U.S. District Court for the Central District of California, is handling your federal habeas case, which has been stayed until the California Supreme Court issues its decision.

The public docket for your California Supreme Court case (no. S259197) appears to show that in March 2020, an attorney named Randall Conner was appointed to represent you in the California Supreme Court. If he is still representing you, you may be able to get more information from him: Randall H. Conner, 717 Washington Street, 2nd Floor, Oakland, CA 94607, (415) 264-1238, conner_law@msn.com. (That is the contact information listed for him on the California State Bar website.)

If any hearings become necessary in the federal habeas case, Magistrate Judge Scott would likely allow you to appear by telephone – she routinely allows parties to do so.

Sincerely,



DEIRDRE COZINE
LAW CLERK FOR MAGISTRATE JUDGE KAREN E. SCOTT
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
411 West Fourth Street
Santa Ana, CA 92701
Office: (714) 338-4734    Fax: (714) 338-3967
Email: Deirdre_Cozine@cacd.uscourts.gov

**From:** Mark Laun <mark@laun.us>
**Sent:** Friday, July 1, 2022 2:21 AM
**To:** KESChambers <KES_Chambers@cacd.uscourts.gov>
**Subject:** Re: Case No. EDCV 18-02226 JVS (KES) 60 day update schedual

**CAUTION - EXTERNAL:**

Dear Jazmin (or current Deputy Clerk),

The case in The California Supreme Court that mine was pending on is either over or almost over. Final arguments are done and the last status was "Motion for judicial notice granted    The request for judicial notice, filed on May 22, 2020, is hereby granted."

1

https://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=0&doc_id=2280679&doc_no=S254554&request_token=OCIwLSEmPkw6WyAtSCJNSENIUEw0UDxTJiNeUz9SPDtKCg%3D%3D

So, that means that mine would be up and I'm not sure how long it would take to be heard. The reason I am writing is to find out what to expect for my case. I am working as a truck driver and about the switch to an assignment that is centered around Oklahoma and neighboring states.

When it comes up, is there a chance I can make an appearance remotely? I put a lot of time into preparing the evidence that I submitted but I don't know what steps I would need to take to subpoena witnesses or evidence. As I stated in my filing, I was hoping the court would take actions to obtain any additional witness testimony or evidence that it thinks is important to making a decision. There is absolutely no legal help available for me. I've been waiting so long for this and I'm nervous about making sure I am able to make any appearances required and I'm not sure if the evidence I submitted and referenced is adequate for the court to make an informed ruling.

Would you please tell me what to expect?

Thank you very much for any procedural explanation etc. that you can pass on,

Mark Laun
(714) 721-2701