# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:18-cv-02226-JVS-KES                                                           Date: October 28, 2022

Title:  MARK OWEN LAUN v. ORANGE COUNTY SHERIFF, et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PETITIONER: | ATTORNEYS PRESENT FOR RESPONDENT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**              **Order re Status Report**

On July 14, 2022, the Court directed Petitioner to file a status report within 60 days after the final disposition of the California Supreme Court case No. S259197, which is Petitioner's direct appeal. (Dkt. 20.) Per the California Supreme Court's website, Petitioner's petition for review was granted, but further action was deferred "pending consideration and disposition of a related issue in People v. Aguayo, S254554." In March 2020, Petitioner received appointed counsel, Randall Conner. The online case docket reflects no subsequent events or scheduled future events.

Per the California Supreme Court's website, People v. Aguayo was reversed and remanded in August 2022.

The Court instructs the Clerk to please serve this Minute Order by mail and email on Mr. Conner at the addresses available on the California Bar Association's website: Law Office of Randall Conner, 717 Washington Street, 2nd Floor, Oakland, CA 94607, Email: conner_law@msn.com.

The Court requests that Mr. Conner and Petitioner confer within the next 30 days about the status of Petitioner's direct appeal and anticipated next steps, so that Petitioner can file a status report in this Court no later than **December 16, 2022**.

Initials of Deputy Clerk JD