## IN THE  UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **Mark Laun,** | Case No. 8:18-cv-02226-JVS-KES |
| Petitioner, | Appellate No. G057123 |
| v. | CA Supreme Court No. S259197 |
| **Orange/L.A. County Sheriff, Orange County Superior Court** | Superior Court Nos.: Orange County 16HF0902 |
| Respondents. | Dismissal -LA County: YA098900 |

### STATUS REPORT AND REQUEST FOR REMOTE APPEARANCE

**Status Report:**

After confirming with my council on CA Supreme Court Case No. S259197, I found the following:

On November 16, 2022, the California Supreme Court dismissed the petition for review filed on November 20, 2019.  The Supreme Court remanded the case to the Court of Appeal for the Fourth Appellate District, Division Three.  On November 17, 2022, the Court of Appeal issued its remittitur to the Orange County Superior Court, certifying that the opinion

**STATUS REPORT**          Page **1** of **4**

issued October 18, 2019, has become final.  Petitioner has exhausted the remedies available in the State of California court system.

In addition, since the last update, I applied for and was granted a statutory reduction of charges and dismissal ordered 04/13/2021 (LA County: YA098900). According to the statute, I remain bereft of my 2nd amendment rights to own firearms, and the court notified me that it would not remove the conviction from my public record (Orange County 16HF0902 minute order of 10/28/21 entered 11/02/21). So, prospective employers still see the conviction and I was also denied a VISA for Canada.

There also remains a great intangible loss that is not addressed by the above dismissal and that this court can provide relief by declaring the shortcomings of the lessor court and supporting my claim of actual innocence according the the preponderance of the evidence.

## REQUEST FOR REMOTE APPEARANCE

As I am a resident of the State of Washington, and as my job is long distance truck driving that has me out across the country for 2 weeks at a time or more, I would like to formally request of the court, that I be allowed to make remote appearances by either a Zoom Courtroom Proceeding, or a telephonic appearance.

If I am required to make a personal appearance, I would need to talk long blocks of time from work in order to travel to California and find housing and transportation. I declare that this would be a tremendous burden for me financially.

**STATUS REPORT**      Page **2** of **4**

Therefore, I would like to request a  Zoom Courtroom Proceeding as outlined on the court's website:

https://www.cacd.uscourts.gov/clerk-services/courtroom-technology/zoom-courtroom-proceedings

This would be the best option since it would allow me to see and show any direct or demonstrable evidence to or from the other parties.

If the court will not grant that, I would secondarily request the telephonic appearance outlined in point 12 of the Judge's Procedures:

https://www.cacd.uscourts.gov/honorable-karen-e-scott

I do hereby swear under penalty of perjury that statements I have made herein are truthful to the best of my knowledge.


Respectfully submitted,
**/s/ Mark Laun**
Petitioner
November 22, 2022

Mark Laun

31 Galaxy Lane

Richland, WA 99354

Telephone (cell):714-721-2701

Email: mark@laun.us

In Pro Per


## CERTIFICATE OF SERVICE


Case Name: **Laun v. Orange County Sheriff**  No. **EDCV 18-02226 JVS (KES)**


**STATUS REPORT**        Page **3** of **4**

I hereby certify that on November 22, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STATUS REPORT AND REQUEST FOR REMOTE APPEARANCE YA098900 ORDER FOR DISMISSAL AND MINUTE ORDER 04/13/21 16HF0902   MINUTE ORDER 11/02/21 (2 FILES)**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the States of California and Washington the foregoing is true and correct and that this declaration was executed on November 22, 2022, at Grand Junction, Colorado.

**/s/ Mark Laun**

Mark Laun
In Pro Per
Declarant/Petitioner