CR-181

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: MARK LAUN <br> FIRM NAME: <br> STREET ADDRESS: 31 GALAXY LANE <br> CITY: RICHLAND   STATE: WA   ZIP CODE: 99354 <br> TELEPHONE NO.:   FAX NO.: <br> E-MAIL ADDRESS: <br> ATTORNEY FOR (name): PRO PER | | FILED <br> Superior Court of California <br> County of Los Angeles <br> APR 13 2021 <br> Sherri R. Carter, Executive Officer/Clerk <br> By A. S_____ Deputy |

| PEOPLE OF THE STATE OF CALIFORNIA | |
|---|---|
| v. | |
| DEFENDANT: MARK LAUN | DATE OF BIRTH: 9/25/1968 |

| ORDER FOR DISMISSAL <br> (Pen. Code, §§ 17(b), 17(d)(2), 1203.4, 1203.4a, 1203.41, 1203.42, 1203.43, 1203.49) | CASE NUMBER: <br> YA098900 |
|---|---|

The court finds from the records on file in this case, and from the foregoing petition, that the petitioner *(the defendant in the above-entitled criminal action)* is eligible for the following requested relief:

1. The court **GRANTS** the petition for reduction of a felony to a misdemeanor (maximum punishment of 364 days per Pen. Code, § 18.5) under Penal Code section 17(b) and/or for reduction of a misdemeanor to an infraction under Penal Code section 17(d)(2) and reduces
   a. [X] ALL FELONY CONVICTIONS in the above-entitled action.
   b. [X] ALL MISDEMEANOR CONVICTIONS in the above-entitled action.
   c. [ ] only the following convictions in the above-entitled action *(specify charges and date of conviction)*:

2. The court **DENIES** the petition for reduction of a felony to a misdemeanor under Penal Code section 17(b) and/or for reduction of a misdemeanor to an infraction under Penal Code section 17(d)(2) for
   a. [ ] ALL FELONY CONVICTIONS in the above-entitled action.
   b. [ ] ALL MISDEMEANOR CONVICTIONS in the above-entitled action.
   c. [ ] only the following convictions in the above-entitled action *(specify charges and date of conviction)*:

3. The court **GRANTS** the petition for dismissal regarding the following convictions under Penal Code *(check all that apply)*
   [X] § 1203.4  [ ] § 1203.4a  [ ] § 1203.41  [ ] § 1203.42  [ ] § 1203.43  [ ] § 1203.49
   and it is ordered that the pleas of guilty or nolo contendere or verdicts or findings of guilt be set aside and vacated and a plea of not guilty be entered and that the complaint or information be, and is hereby, dismissed for *(check one)*
   a. [X] ALL CONVICTIONS OR PLEAS FOR DEFERRED ENTRY OF JUDGMENT in the above-entitled action.
   b. [ ] only the following convictions or pleas for deferred entry of judgment in the above-entitled action *(specify charges and date of conviction or plea for deferred entry of judgment)*:

Page 1 of 2

| Form Approved for Optional Use <br> Judicial Council of California <br> CR-181 [Rev. January 1, 2019] | **ORDER FOR DISMISSAL** | Penal Code, §§ 17(b), 17(d)(2), 1203.4, 1203.4a, <br> 1203.41, 1203.42, 1203.43, and 1203.49 <br> *www.courts.ca.gov* |
|---|---|---|

CR-181

| PEOPLE OF THE STATE OF CALIFORNIA v. DEFENDANT: | CASE NUMBER: |
|---|---|
| MARK LAUN | YA098900 |

4. The court **DENIES** the petition for dismissal under Penal Code *(check all that apply)*

   ☐ § 1203.4   ☐ § 1203.4a   ☐ § 1203.41   ☐ § 1203.42   ☐ § 1203.43   ☐ § 1203.49 for *(check one)*

   a. ☐ ALL CONVICTIONS OR PLEAS FOR DEFERRED ENTRY OF JUDGMENT in the above-entitled action.

   b. ☐ only the following convictions or pleas for deferred entry of judgment in the above-entitled action *(specify charges and date of conviction or plea for deferred entry of judgment)*:

5. In granting this order under the provisions of Penal Code section 1203.49, the court finds that the petitioner was a victim of human trafficking when he or she committed the crime. The court orders *(check one)*

   a. ☐ the relief described in section 1203.4.

   b. ☐ the relief described in section 1203.4, with the following exceptions *(specify)*:

6. If the order is granted under the provisions of Penal Code section 1203.49, the Department of Justice is hereby notified that petitioner was a victim of human trafficking when he or she committed the crime, and of the relief ordered.

7. If this order is granted under the provisions of Penal Code section 1203.4, 1203.41, or 1203.42,

   a. the petitioner is required to disclose the above conviction in response to any direct question contained in any questionnaire or application for public office, or for licensure by any state or local agency, or for contracting with the California State Lottery Commission; and

   b. dismissal of the conviction does not *automatically* relieve petitioner from the requirement to register as a sex offender. (See, e.g., Pen. Code, § 290.5.)

8. If the order is granted under the provisions of Penal Code section 1203.4, 1203.4a, 1203.41, 1203.42, or 1203.49, the petitioner is released from all penalties and disabilities resulting from the offense except as provided in Penal Code sections 29800 and 29900 (formerly sections 12021 and 12021.1) and Vehicle Code section 13555. In any subsequent prosecution of the petitioner for any other offense, the prior conviction may be pleaded and proved and shall have the same effect as if probation had not been granted or the accusation or information dismissed. The dismissal does not permit a person to own, possess, or have in his or her control a firearm if prevented by Penal Code sections 29800 or 29900 (formerly sections 12021 and 12021.1). Dismissal of a conviction does not permit a person prohibited from holding public office as a result of that conviction to hold public office.

9. In addition, as required by Penal Code section 299(f), relief under Penal Code sections 17(b), 17(d)(2), 1203.4, 1203.4a, 1203.41, 1203.42, or 1203.49 does *not* release petitioner from the separate administrative duty to provide specimens, samples, or print impressions under the DNA and Forensic Identification Database and Data Bank Act (Pen. Code, § 295 et seq.) if petitioner was found guilty by a trier of fact, not guilty by reason of insanity, or pled no contest to a qualifying offense as defined in Penal Code section 296(a).

10. The basis for an order of dismissal granted under the provisions of Penal Code section 1203.43 is the invalidity of defendant's prior plea due to misinformation in former Penal Code section 1000.4 regarding the actual consequences of making a plea and successful completion of a deferred entry of judgment program.

Date: 4-13-21

(JUDICIAL OFFICER) VICTOR L. WRIGHT

FOR COURT USE ONLY
[Seal of Superior Court of California, County of Los Angeles]

CR-181 [Rev. January 1, 2019]   **ORDER FOR DISMISSAL**   Page 2 of 2

```
                              MINUTE ORDER
            SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 04/15/21

------------------------------------------------------------------
  CASE NO. YA098900

  THE PEOPLE OF THE STATE OF CALIFORNIA
                       VS.
  DEFENDANT 01:  MARK OWEN LAUN

------------------------------------------------------------------


  BAIL: APPEARANCE   AMOUNT      DATE      RECEIPT OR   SURETY COMPANY   REGISTER
          DATE       OF BAIL    POSTED     BOND NO.                      NUMBER

CASE FILED ON 07/01/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 06/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 273.5(A) PC FEL
COUNT 02: 245(A)(1) PC FEL


ON 04/13/21 AT  830 AM  IN INGLEWOOD COURTHOUSE DEPT 002

CASE CALLED FOR MOTN/DISM PURSNT PC SEC 1203.4

PARTIES: VICTOR L. WRIGHT (JUDGE)   AILENE SANDERS   (CLERK)
         R. GLICKFELD  (REP)      JAMIE DIANA LOPEZ  (DA)


DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY SARAH R. LANGSTON DEPUTY
PUBLIC DEFENDER

COURT ORDERS INFORMATION DEEMED AMENDED TO ALLEGE COUNT 01 AS A MISDEMEANOR
PURSUANT TO 17B (1-5) OF THE PENAL CODE AND COUNT SHALL PROCEED AS A
MISDEMEANOR.
COURT ORDERS INFORMATION DEEMED AMENDED TO ALLEGE COUNT 02 AS A MISDEMEANOR
PURSUANT TO 17B (1-5) OF THE PENAL CODE AND COUNT SHALL PROCEED AS A
MISDEMEANOR.

DEFENDANT PLEADS GUILTY TO COUNT 01, 273.5(A) PC.

COUNT (01) : DISPOSITION: DISMISSED PER 1203.4 P.C.

DEFENDANT PLEADS GUILTY TO COUNT 02, 245(A)(1) PC.

COUNT (02) : DISPOSITION: DISMISSED PER 1203.4 P.C.

COURT ORDERS AND FINDINGS:
                                                 MOTN/DISM PURSNT PC SEC 1203.4
                            PAGE NO.    1        HEARING DATE: 04/13/21
```

```
CASE NO. YA098900
DEF NO.  01                                    DATE PRINTED 04/15/21


-AS TO COUNTS
1 AND 2
THIS OFFENSE IS A MISDEMEANOR PURSUANT TO SECTION 17(B) OF THE
PENAL CODE.

-MOTION PURSUANT TO 1203.4 OR 1203.4A PENAL CODE GRANTED.

COURT HAS READ AND CONSIDERED THE PETITION FOR DISMISSAL
PURSUANT TO PENAL CODE SECTION 1203.4.
.
PEOPLE HAVE NO OBJECTION.
.
COURT ORDERS COUNTS 1 AND 2 REDUCED TO A MISDEMEANOR BASED
ON THE FOLLOWING FINDINGS:
-DOMESTIC VIOLENCE ISSUE
-JURY FOUND GBI ALLEGATION UNTRUE.
-TRIAL AND CONVICTION HELD IN ORANGE COUNTY.
.
ORDER FOR DISMISSAL PURSUANT TO PENAL CODE SECTION 1203.4 IS
SIGNED AND FILED THIS DATE.
.
THE COURT FINDS THE PETITIONER DOES NOT HAVE THE ABILITY TO
REIMBURSE THE COURT FOR THE ACTUAL COST OF SERVICES
RENDERED.
.
PETITIONER HAS NOT REMITTED ANY PAYMENT ASSOCIATED WITH THIS
PETITION FOR DISMISSAL.
.
ORDER REGARDING ABILITY TO REIMBURSE COST OF SERVICES
RENDERED PURSUANT TO PENAL CODE SECTIONS 1203.4(D), 1203.A(E),
1203.41(D) AND 1203.43 IS SIGNED AND FILED THIS DATE.

NEXT SCHEDULED EVENT:

DISMISSD PURSUANT TO 1203.4 PC




                                         MOTN/DISM PURSNT PC SEC 1203.4
                   PAGE NO.   2          HEARING DATE: 04/13/21


                              MINUTE ORDER
```

```
                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

DATE PRINTED: 04/15/21

------------------------------------------------------------------
CASE NO. YA098900

THE PEOPLE OF THE STATE OF CALIFORNIA
                        VS.
DEFENDANT 01:  MARK OWEN LAUN

------------------------------------------------------------------



BAIL: APPEARANCE    AMOUNT      DATE       RECEIPT OR    SURETY COMPANY     REGISTER
         DATE       OF BAIL    POSTED       BOND NO.                         NUMBER

CASE FILED ON 07/01/16.

COMPLAINT FILED, DECLARED OR SWORN TO CHARGING DEFENDANT WITH HAVING COMMITTED,
 ON OR ABOUT 06/29/16 IN THE COUNTY OF LOS ANGELES, THE FOLLOWING OFFENSE(S)
OF:

COUNT 01: 273.5(A) PC FEL
COUNT 02: 245(A)(1) PC FEL


ON 04/13/21 AT  830 AM   IN INGLEWOOD COURTHOUSE DEPT 002

CASE CALLED FOR MOTN/DISM PURSNT PC SEC 1203.4

PARTIES: VICTOR L. WRIGHT (JUDGE)   AILENE SANDERS  (CLERK)
         R. GLICKFELD  (REP)     JAMIE DIANA LOPEZ  (DA)


DEFENDANT IS NOT PRESENT IN COURT, BUT REPRESENTED BY SARAH R. LANGSTON DEPUTY
PUBLIC DEFENDER

COURT ORDERS INFORMATION DEEMED AMENDED TO ALLEGE COUNT 01 AS A MISDEMEANOR
PURSUANT TO 17B (1-5) OF THE PENAL CODE AND COUNT SHALL PROCEED AS A
MISDEMEANOR.
COURT ORDERS INFORMATION DEEMED AMENDED TO ALLEGE COUNT 02 AS A MISDEMEANOR
PURSUANT TO 17B (1-5) OF THE PENAL CODE AND COUNT SHALL PROCEED AS A
MISDEMEANOR.

DEFENDANT PLEADS GUILTY TO COUNT 01, 273.5(A) PC.

COUNT (01) : DISPOSITION: DISMISSED PER 1203.4 P.C.

DEFENDANT PLEADS GUILTY TO COUNT 02, 245(A)(1) PC.

COUNT (02) : DISPOSITION: DISMISSED PER 1203.4 P.C.

COURT ORDERS AND FINDINGS:
                                                MOTN/DISM PURSNT PC SEC 1203.4
                          PAGE NO.    1         HEARING DATE: 04/13/21



CASE NO. YA098900
DEF NO.  01                                             DATE PRINTED 04/15/21
```

-AS TO COUNTS
1 AND 2
THIS OFFENSE IS A MISDEMEANOR PURSUANT TO SECTION 17(B) OF THE
PENAL CODE.

-MOTION PURSUANT TO 1203.4 OR 1203.4A PENAL CODE GRANTED.

COURT HAS READ AND CONSIDERED THE PETITION FOR DISMISSAL
PURSUANT TO PENAL CODE SECTION 1203.4.
.
PEOPLE HAVE NO OBJECTION.
.

COURT ORDERS COUNTS 1 AND 2 REDUCED TO A MISDEMEANOR BASED
ON THE FOLLOWING FINDINGS:
-DOMESTIC VIOLENCE ISSUE
-JURY FOUND GBI ALLEGATION UNTRUE.
-TRIAL AND CONVICTION HELD IN ORANGE COUNTY.
.
ORDER FOR DISMISSAL PURSUANT TO PENAL CODE SECTION 1203.4 IS
SIGNED AND FILED THIS DATE.
.
THE COURT FINDS THE PETITIONER DOES NOT HAVE THE ABILITY TO
REIMBURSE THE COURT FOR THE ACTUAL COST OF SERVICES
RENDERED.
.
PETITIONER HAS NOT REMITTED ANY PAYMENT ASSOCIATED WITH THIS
PETITION FOR DISMISSAL.
.
ORDER REGARDING ABILITY TO REIMBURSE COST OF SERVICES
RENDERED PURSUANT TO PENAL CODE SECTIONS 1203.4(D), 1203.A(E),
1203.41(D) AND 1203.43 IS SIGNED AND FILED THIS DATE.

NEXT SCHEDULED EVENT:

DISMISSD PURSUANT TO 1203.4 PC