# SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ORANGE

## MINUTE ORDER

Case Number   16HF0902 F A

**People Vs Laun, Mark Owen**

**Report Request Criteria**
1. Docket Date Range : Date filter
2. Sequnce Number Range : Sequence filter
3. Docket Category : Category filter

| Docket Dt | Seq | Text |
|---|---|---|
| 10/28/2021 | 10 | Minutes of 10/28/2021 entered on 11/02/2021. |

I hereby certify the foregoing instrument consisting of 2 page(s) is a true and correct copy of the original on file in this court.

ATTEST: (DATE) 11-2-2021
DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
BY _____, DEPUTY