IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **Mark Laun,**<br><br>　　Petitioner,<br><br>　　v.<br><br>**Orange/L.A. County Sheriff, Orange County Superior Court**<br><br>　　Respondents. | Case No. 8:18-cv-02226-JVS-KES<br><br>Appellate No. G057123<br>CA Supreme Court No. S259197<br><br>Superior Court Nos.:<br>Orange County 16HF0902<br>Dismissal -LA County: YA098900 |

**REPLY TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

　　This short reply is in part so that this case can be expeditiously deemed submitted according to the court's order.

For clarity, I would like to point out that the California Supreme Court declined to review my Habeas Corpus Petition and gave no opinion or explanation for that.

　　I deny the allegations and claims in the answer to my petition. The answer to those are addressed in my petition, court records, and evidence. I rely on the expertise of this court as my Juror to see through the

respondent's fallacies, rebut the legal arguments, and administer justice.

I do hereby swear under penalty of perjury that statements I have made herein are truthful to the best of my knowledge.

    Respectfully submitted,
**/s/ Mark Laun**
Petitioner
December 29, 2022

    Mark Laun

    31 Galaxy Lane

    Richland, WA 99354

    Telephone (cell):714-721-2701

    Email: mark@laun.us

    In Pro Per

## CERTIFICATE OF SERVICE

Case Name: **Laun v. Orange County Sheriff**  No. **EDCV 18-02226 JVS (KES)**

I hereby certify that on December 29, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**REPLY TO ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the States of California, Washington, and Oregon the foregoing is true and correct and that this declaration was executed on December 29, 2022, at Brooks, Oregon.

**/s/ Mark Laun**

Mark Laun
In Pro Per
Declarant/Petitioner