ROB BONTA
Attorney General of California
DANIEL ROGERS
Supervising Deputy Attorney General
MATTHEW MULFORD
Deputy Attorney General
State Bar No. 184000
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-9025
 Fax:  (619) 645-2044
 E-mail:  Matthew.Mulford@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK OWEN LAUN,**<br><br>                              Petitioner,<br><br>     v.<br><br>**ORANGE COUNTY SHERIFF,**<br><br>                              Respondent. | 8:18-cv-02226-JVS-KES<br><br>**NOTICE OF CHANGE OF CONTACT INFORMATION** |

**Please take notice** that effective February 24, 2023, the contact information for counsel for Respondent is as follows:

Matthew Mulford
Deputy Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone:  (619) 738-9025
Fax:  (619) 645-2044
E-mail:  Matthew.Mulford@doj.ca.gov

1

| | | |
|---|---|---|
| 1 | Dated: February 24, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | |
| 4 | | s/ MATTHEW MULFORD |
| 5 | | MATTHEW MULFORD<br>Deputy Attorney General<br>*Attorneys for Respondent* |

MM:AWM
SD2019800155
83822538.docx

# CERTIFICATE OF SERVICE

Case Name:   **Laun v. Orange County Sheriff**          No.   **8:18-cv-02226-JVS-KES**

I hereby certify that on <u>February 24, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF CHANGE OF CONTACT INFORMATION

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 24, 2023</u>, at San Diego, California.

|  |  |
| :---: | :---: |
| Almeatra W. Morrison | *Almeatra W. Morrison* |
| Declarant | Signature |

SD2019800155
83828930.docx