IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **Mark Laun,**<br><br>    Petitioner,<br><br>    v.<br><br>**Orange/L.A. County Sheriff, Orange County Superior Court**<br><br>    Respondents. | Case No. 8:18-cv-02226-JVS-KES<br><br>Appellate No. G057123<br>CA Supreme Court No. S259197<br><br>Superior Court Nos.:<br>Orange County 16HF0902<br>Dismissal -LA County: YA098900 |

## PROPOSED SETTLEMENT

**COURT STANDING:**

In an effort to preserve judicial economy, I present a proposed settlement that, if agreed upon, would render this current case subject to dismissal, or deemed resolved by the court's service as mediator.

**PLAINTIFFS OFFER:**

Insomuch as I have bean falsely accused and imprisoned, and with prosecutorial misconduct, I offer to release all interest in any compensation

by statute or other right, and forfeit any claim to compensation, punitive damage, and to completely hold harmless, all respondents to this matter and their agencies, named or unnamed, including but not limited to: City of Irvine; The County of Orange; and The State of California – such as is related to returning any fines or fees; damages regarded to my loss of time in jail or compensation for being in jail and the three yeas of my probation; the injury to my foot that I sustained in jail and any other injury suffered in relation to my prosecution; any and all legal costs; any other privileges to remedy (known or unknown to me), **in exchange for, and without admission of any misconduct or fault:**

A declaration or finding of "actual innocence" by the State of California; the removal of my arrest record; and the removal or repair of my related records in all jurisdictions holding such records (specifically but not limited to Los Angeles County, Orange County, City of Irvine, and state of California) so that any law enforcement or Government agency, including Federal agencies who have the right to see otherwise sealed records that my record would show as untarnished regarding this incident, and so that any public or private agents who run a background check would not find a tarnished record related to this case.

If the attorney general's office would put together such an agreement for the review of this court and if the court gives me reasonable assurance that it would meet what I'm asking for, then I would agree to it.

The agreement must be considered final only upon execution and completion, and must not deprive me relief from future unseen actions.

To determine if this agreement is in the best interest of the people of California, and in addition to the evidence on record and the arguments that were filed, I invite the Attorney General to review the documentary that I have published on the Internet here:

http://laun.us/truth/

The Attorney General should also consider that the documentary was made before I received contact from Mike Johnson about his wife Sisi Johnson who heard the confession of the alleged victim Xiaoyu Sun, that Sun inflicted the injury on herself in order to frame me for domestic violence, in order to secure immigration status after I disclosed that I would file for annulment of our marriage. I can provide emails from Xiaoyu Sun telling me about Sisi who is the sister of Xiaoyu Sun's ex-husband and the auntie of Xiaoyu Sun's daughter; and about her husband Mike, who Xiaoyu Sun claims helped her setup her account on the Christian dating site where she met me while she was still in China.

In addition, I can make available to him the surveillance footage that is still stored on the original secured surveillance server; and I will avail myself to any questioning or request for evidence.

To this end, if it pleases the court, and if the court has standing to review the offer before it is agreed on by both parties to ensure that it does in fact resolve this case, and that the offer written by the Attorney General is true to my proposal herein, **I ask for a reasonable time be given to the Attorney General to respond to this offer.**

I do hereby swear under penalty of perjury that statements I have made herein are truthful to the best of my knowledge.

**PROPOSED SETTLEMENT**     Page **3** of **4**

    Respectfully submitted,
**/s/ Mark Laun**
Petitioner
April 16, 2023

                                        Mark Laun

                                        31 Galaxy Lane

                                        Richland, WA 99354

                                        Telephone (cell):714-721-2701

                                        Email: mark@laun.us

                                        In Pro Per

## CERTIFICATE OF SERVICE

Case Name: **Laun v. Orange County Sheriff**  No. **EDCV 18-02226 JVS (KES)**

I hereby certify that on April 16, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**PROPOSED SETTLEMENT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the States of California, Washington, and Oregon the foregoing is true and correct and that this declaration was executed on April 16, 2023, at Madras, Oregon.

**/s/ Mark Laun**
Mark Laun
In Pro Per
Declarant/Petitioner