1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARK OWEN LAUN, | Case No. 8:18-cv-02226-JVS-KES |
| --- | --- |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |
| ORANGE COUNTY SHERIFF, et al., | |
| Respondents. | |

| | |
|---|---|
| 1 | Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the |
| 2 | other records on file herein, and the Report and Recommendation of the U.S. |
| 3 | Magistrate Judge (Dkt. 45). No objections to the Report and Recommendation |
| 4 | were filed, and the deadline for filing such objections has passed. The Court |
| 5 | accepts the report, findings, and recommendations of the Magistrate Judge. |
| 6 | IT IS THEREFORE ORDERED that Judgment be entered dismissing the |
| 7 | Petition. |

DATED: June 20, 2023

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE