JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK OWEN LAUN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ORANGE COUNTY SHERIFF, et al.,<br><br>　　　　Respondents. | Case No. 8:18-cv-02226-JVS-KES<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

　　IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: June 20, 2023

　　　　　　　　　　　　　　　　*James V. Selna*
　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE